# COMPLAINT FOR DISCRIMINATION AND RETALIATION

WC

## I. PARTIES

4-26CV-331-O

1. Plaintiff, Razja Legington, is an individual residing in Texas.
2. Defendant, Texas Commission on Environmental Quality (TCEQ), is an employer operating within the State of Texas.

## II. JURISDICTION AND VENUE

3. This action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.
4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.
5. Venue is proper in this district because the events giving rise to this action occurred within this district.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).
7. The EEOC issued a Notice of Right to Sue on or about December 19, 2025.
8. This Complaint is filed within 90 days of receipt of that notice.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff was employed by Defendant and performed his duties satisfactorily.
10. Plaintiff was qualified for a promotion but was not selected.
11. Plaintiff engaged in protected activity by raising concerns regarding workplace treatment and discrimination.
12. After engaging in this protected activity, Plaintiff experienced adverse employment actions, including but not limited to:

- Denial of training opportunities
- Changes to telework status

- Assignment of duties inconsistent with his role

13. These actions occurred in close proximity to Plaintiff's protected activity.
14. Defendant's actions constitute unlawful discrimination and retaliation.

---

## V. CLAIMS

### Count I – Discrimination (Title VII)

15. Plaintiff incorporates all prior paragraphs.
16. Defendant discriminated against Plaintiff in violation of Title VII.

---

### Count II – Retaliation (Title VII)

17. Plaintiff engaged in protected activity.
18. Defendant took adverse actions against Plaintiff because of that activity.

---

## VI. DAMAGES

19. Plaintiff has suffered damages including:

- Lost wages and benefits
- Emotional distress
- Loss of career advancement opportunities

---

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

- Award compensatory damages

- Award back pay and lost benefits
- Award any other relief deemed just and proper

---

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

Respectfully submitted,

Razja Legington

Razja Legington

633 Arcadia Street

Hurst, Texas, 76503

(254)-397-2222

legington.razja@gmail.com

Pro Se Plaintiff

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/19/2025

**To:** Mr. Razja J. Legington
621 Arcadia Street 107
HURST, TX 76053
Charge No: 450-2025-10551

EEOC Representative and email: Kindra Mcneely
EO INVESTIGATOR
kindra.mcneely@eeoc.gov

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2025-10551.

On behalf of the Commission,

KINDRA MCNEELY Digitally signed by KINDRA MCNEELY
Date: 2025.12.19 09:04:32 -06'00'

For Travis M. Nicholson
District Director

**Cc:**
Texas Commission on Environmental Quality
6801 Sanger Ave
WACO, TX 76710

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 450-2025-10551 to the District Director at For Travis M. Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 450-2025-10551 to the District Director at For Travis M. Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.